IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DAVID ANDERSON,<br>ADC #087368 | | PLAINTIFF |
| VS. | 4:15-CV-00539-BRW | |
| LESLIE RUTLEDGE, *et al.* | | DEFENDANTS |

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED without prejudice.

I certify that, under 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith.

IT IS SO ORDERED this 13th day of October, 2015.

 /s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

1